GEORGE A. FULLER COMPANY v. HENRY PHIPPS ESTATES.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Breitel and Bastow, JJ. [See 283 App. Div. 1037.]

■

WILLIAM J. CULLEN, Individually, as a Director and Stockholder of GOVERNOR CLINTON Co., INC., Suing on Behalf of Himself and All Other Stockholders of Said Company, Similarly Situated, and in the Right of Said Company, v. HYMAN B. CANTOR et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Breitel and Bastow, JJ. [See 283 App. Div. 1037.]

■

In the Matter of MARION ROSS, Individually and as Administratrix of the Estate of MAX ROSS, Deceased, against JACOB GRUMET, as Commissioner of the Fire Department of the City of New York, and as Chairman of the Board of Trustees of the New York Fire Department Pension Fund, et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ. [See 283 App. Div. 1028.]

■

In the Matter of the Arbitration between SCHOTTLAND TEXTILE MILLS, INC., and MORRIS TEXTILES CORP.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Cohn, Breitel, Bastow and Botein, JJ. [See 283 App. Div. 940.]

■

In the Matter of the Accounting of HANOVER BANK, as Trustee under a Trust Agreement Created by WALTER S. SCHLUSSEL, as Settlor. HANOVER BANK, Appellant; WALTER S. SCHLUSSEL et al., Respondents.— Motion for reargument granted and, upon reargument, the decision herein is recalled and, upon such recall, the decision is modified to the extent of including in the reversal that provision of the final order appealed from which allows to counsel the sum of $6,000 for services rendered to the respondents Walter S. Schlussel and Violet C. Schlussel, plus $53.50 disbursements. Settle order on notice. Present — Peck, P. J., Cohn, Breitel, Botein and Bergan, JJ. [See ante, p. 68.]

■

RALPH B. WATTLEY v. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Cohn, Breitel, Botein and Bergan, JJ. [See 283 App. Div. 931.]

■

JULIUS LAKOFF, Respondent-Appellant, v. LIONEL CORPORATION et al., Appellants-Respondents.— Order, so far as appealed from, unanimously affirmed. No opinion. Present — Peck, P. J., Breitel, Bastow and Botein, JJ.